THE CIRCUIT COURT OF MARYLAND FOR BALTIMORE COUNTY

ESTATE OF EMANUEL OATES

C/O

1641 Westminster Drive

Ste. 209

Naperville, Illinois 60563

(331) 250-1652

Plaintiff

Vs.

Case Number C03CW22635

DOLLAR TREE STORES, Inc.

Corporate Headquarters

500 Volvo Parkway

Chesapeake, Virginia 23320

Serve on:

_____

Resident Agent,

_____

_____, Maryland, _____

## COMPLAINT

The Complainant, Estate of Emanuel David Joshua Oates, hereinafter Mr. Oates, now comes, Pro-se', to seek monetary damages from the defendant for the commission of Intentional Infliction of Emotional Distress, Invasion of Privacy and other Intentional Injuries. This complaint is based on The Common Law of Maryland. This Honorable Court has jurisdiction over This Complaint based upon Courts and Judicial Proceedings Article §§ 1-501 et seq. Venue is based on The Courts Article §§6-201 et. seq. The grounds for This Complaint follows below.

1

FILED FEB 16 2022

**EXHIBIT A**

## INTRODUCTION

1) Mr. Oates was 24 years of age on February 19th, 2019. He was also homeless on that date.

2) Mr. Oates visited The Dollar Tree Store, Number 722, Liberty Court Shopping Center, 8656 Liberty Road, Randallstown, Md., 21133 around 3:00pm.

3) Mr. Oates purchased minor food items including a box of a product resembling rice-a-roni.

4) Mr. Oates went through the cash register line and paid for his goods. He received a receipt and a bag after paying for his items.

5) Mr. Oates left Dollar Tree and turned left. He walked southward to the end of The Liberty Court Shopping Center. He crossed Old Court Road and stood at the westbound bus-stop on that street. He could see Dollar Tree from the bus-stop. Other people were on the bus-stop with him.

6) Within minutes of his arrival at the bus-stop, the attendant who had served Mr. Oates at Dollar Tree appeared at the bus-stop with the police. The police body-cameras were working. The police accused Mr. Oates of shop-lifting.

7) Mr. Oates extended his receipt in one hand and his bag in the other hand toward the officer with whom he was speaking.

8) At the same time, a second officer got behind Mr. Oates and tackled him.

9) Mr. Oates rolled back and bounced back up to his feet in one apparent motion. When Mr. Oates rebounded to his feet, he produced a two-foot machete. He sliced the jacket of the officer before him. Then, he turned and jogged into The Aldi's Grocery Store at the near-end of The Liberty Court Shopping Center.

10) It is customary for homeless persons to carry weapons for protection.

11) Witnesses say that Mr. Oates came into Aldi's, looked at least one of them face to face and then stood in the center area between the aisles and the registers. The officers entered and commanded Mr. Oates to drop the machete. He was holding it down at his side, according to witnesses.

12) Witnesses say shots rang out almost immediately after the command to drop the machete.

13) Mr. Oates was fatally shot as a result of this incident.

14) Mr. Oates was in obvious emotional distress when he entered Aldi's.

15) Mr. Oates' state of emotional distress was a direct result of Defendant's employee knowingly making a false police report against Mr. Oates.

16) Mr. Oates' failing to drop his machete fast enough to save his own life was a further manifestation of the emotional distress inflicted upon him by Defendant.

17) The bag and receipt from Dollar Tree were affirmative evidence that the shoplifting claim was knowingly false.

Count One: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18) Plaintiff incorporates by reference Paragraphs 1 – 16 here as if expressly stated at this paragraph.

19) The knowing making of the false police report in this case by the same clerk who bagged Mr. Oates' goods and receipted his payment is extreme, outrageous and reprehensible conduct.

20) Mr. Oates was waiting for a bus away from Dollar Tree when the clerk approached him with the police. There is no other question but that the actions of the clerk inflicted Mr. Oates with emotional distress.

21)         Count Two: INVASION OF PRIVACY

22) Plaintiff incorporates by reference Paragraphs 1 – 19 as if expressly set forth at this paragraph.

23) The Dollar Tree Store Clerk and The Baltimore County Police Department cast Mr. Oates in a "false light," when they accosted him at the west bound bus-stop on Old Court Road.

24) The other people on the bus-stop witnessed this invasion of privacy.

25)            Count Three: DEFAMATION

26) Plaintiff incorporates by reference Paragraphs 1 – 23 as if expressly set forth here.

27) The false statements of The Dollar Tree employee exposed Mr. Oates to the public scorn of The Baltimore County Police Department. This scorn was manifested in the form of Mr. Oates being tackled by police on the premise of the false report in the presence of other members of the wpublic. Scorn was further shown by the officers' refusal to inspect the bag and receipt.

FOR ALL OF THESE REASONS, The Estate of Emanuel David Joshua Oates respectfully requests This Honorable Court to award Two Million Dollars ($2,000,000.00) in economic damages and Five Hundred Thousand Dollars ($500,000.00) in punitive damages.

                         THE ESTATE OF EMANUEL DAVID JOSHUA OATES

                         BY: *[signature]*

                         Shamaiah Manriquez

                         Administrator